**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Elrod David MILLER, Defendant–
Appellant.**

**No. 09–13643
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 1, 2010.

Steven E. Butler, Mobile, AL, for Plaintiff–Appellee.

Elrod David Miller, pro se.

Before BLACK, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Elsie Mae Miller, appointed counsel for Elrod David Miller in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of

the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Miller's revocation and sentence are AFFIRMED.